


# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taddow Pisuttipong, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>Client Services, Inc et al<br><br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:12-cv-04421<br><br>**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____  _____
Date                         United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency     ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous     ☐ Immunity as to _____
☐ Other: _____

Comments: Q19 is incomplete.
30 days to amend IFP

5/23/2012                    /s/ [signature]
Date                         United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED     ☒ DENIED (See comments above). without prejudice

5-24-2012                    /s/ Audrey B. Collins
Date                         United States District Judge

CV-73A (01/10)     ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE